## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Edna Del Valle, | : |
| Plaintiff, | : Civil Action No.: 1:17-cv-03578-RBK-KMW |
| v. | : |
| Stellar Recovery, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Edna Del Valle ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 18, 2018

Respectfully submitted,

By: /s/ Sofia Balile

Sofia Balile, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Phone: (917) 981-0849
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2018, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                     By /s/ Sofia Balile

                                          Sofia Balile